UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNYDER LIVESTOCK COMPANY, INC. dba SNYDER ONION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NIRVANA PRODUCE DISTRIBUTORS, INC., *et al.*,<br><br>　　　　　Defendant. | Civil No. 07cv1758-L(POR)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THE INDIVIDUAL DEFENDANTS AND THE COMPLAINT WITHOUT PREJUDICE [doc. #27]** |

　　Good cause appearing, the parties' joint motion to dismiss the individual defendants John Mitman, Antonino Virgilio, Russ Kusomoto, and the Complaint without prejudice in conformity with the parties' agreement is **GRANTED**. The Clerk of the Court is directed to close this case.

　　**IT IS SO ORDERED**.

DATED: April 17, 2008

　　　　　　　　　　　　　　　　　　　　_M. James Lorenz_
　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL